In re Augustus, Joseph; Smith, Jannie Augustus; Augustus, Julian; Augustus, Benjamin; Augustus, Archie; Augustus, Henry; Coleman, Dorothy Augustus; Augustus, Mabel; Augustus, Mary; Payne, Ernest; Augustus, Philip; LaFrance, Marion; applying for writ of certiorari and/or review; to the Court of Appeal, Fourth Circuit, No. CA-5832; Parish of Plaque-mines, 25th Judicial District Court, Div. “A”, No. 10897.
Prior report: La.App., 506 So.2d 630.
Denied.
DIXON, C.J., and CALOGERO and DENNIS, JJ., would grant the writ.